UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC. | ) | |
| d/b/a CMS TECHNOLOGIES, INC., | ) | |
| | ) | Civil Action No.   3:09-cv-04516-WHA |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING CASE** |
| GARRETTCOM INC. and | ) | **PURSUANT TO STIPULATION** |
| EDGEWATER NETWORKS INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), each of the Parties, by and through its counsel of record hereby 1)stipulates to the dismissal of this action, including all claims and counterclaims, without prejudice and 2) agrees to be bound by the following provisions:

A)     If Plaintiff refiles this action against Defendants (or any successor in interest) or refiles this action involving any product sold by Defendants, the refiled action shall be brought in the United States District Court for the Northern District of California.

B)     Defendants acknowledge that they have no current plans to sell or otherwise transfer their respective businesses to any third party.

C)     If Plaintiff refiles this action pursuant to Paragraph A above, it shall not base any claim of willful infringement on Defendants' continuation of activities, which Plaintiff alleges infringes, after this Dismissal.

D)      Plaintiff shall not refile this action against Defendants alleging infringement of

claims pending in the current Reexamination of United States Patent No. 7,457,250

(Reexamination Control No. 90/009513) until, if ever, the completion of the

Reexamination of those claims.


By: /s/ Richard W. Hoffman                          By: /s/ Sal Lim

    RICHARD W. HOFFMANN                                M. ELIZABETH DAY
    (MI Bar P42352)                                    SAL LIM
    Reising, Ethington, PC                             DLA Piper US LLP
    755 W. Big Beaver Road, Suite 1850                 2000 University Avenue
    Troy, Michigan 48084                               East Palo Alto, California 94303-2248
    Telephone:  248-689-3500                           Telephone:  650.833.2040
    Facsimile:  248-689-4071                           Facsimile:  650.833.2001
    Email:       hoffmann@reising.com                  Email:       elizabeth.day@dlapiper.com
                                                                    sal.lim@dlapiper.com


*Counsel for Plaintiff ChriMar Systems, Inc.*       *Counsel for Defendants Garrettcom Inc.*
*d/b/a CMS Technologies, Inc.*                      *and Edgewater Networks Inc.*


Date:  December 22, 2009                             Date:  December 22, 2009

---

Pursuant to stipulation, the above-numbered case is hereby **DISMISSED** without prejudice.

**THE CLERK SHALL CLOSE THE FILE.**

IT IS SO ORDERED.


Dated:  December 22, 2009.

**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**